IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00596-WYD-CBS

CHERYL LEAVITT;
PENNY ANDERSON, INDIVIDUALLY AND DOING BUSINESS AS
WESTEROVER ENTERPRISES,

    Plaintiffs,

v.

AG PARTNERS, L.L.C.;
CONSUMER'S SUPPLY DISTRIBUTING, CO.; and
JOHN DOE SUPPLIER; and
JOHN DOE SELLER,

    Defendants.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss, filed on July 29, 2010, ECF No. 13. Upon review of the stipulation and the file herein, it is hereby

ORDERED that the motion is **GRANTED** and this matter is dismissed **WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: July 29, 2010

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge